```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

Balogh,
    Plaintiff(s)

                                      CIVIL ACTION

    V.

                                      NO. 04-40016-FDS

Poirier, et al.,
    Defendant(s)

## SCHEDULING ORDER

**SAYLOR, D.J.**

    This order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases either by settlement or trial.

    The above-entitled action having been filed/removed on 2/4/04 it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) automatic disclosures are to be served by 9/22/04.

(2) written discovery is to be completed by 11/1/04.

(4) all dispositive motions, including motions for summary judgment, are to be filed by 11/15/04 and responses are to be filed by 12/3/04. Replies are to be filed by 12/17/04.

(5) A status conference will be held on January 24, 2005 at 3:00p.m.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

  9/8/04                                     /s/ Martin Castles
    Date                                    Deputy Clerk
                                        508-929-9904