United States District Court
For the District of Massachusetts

Docket 4:04 cv 40016-FDS

FILED

Bela F. Balogh, Plaintiff )
)
v. ) 20 P 12: 52
Mariette L. Poirier, F/K/A )
Mariette L. Balogh, and )
Massachusetts State )
Carpenters Pension Fund, Defendant )

CERTIFICATION PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 16.1
AND LOCAL RULE 16.1

The Defendant, Massachusetts State Carpenters Pension Fund, and its counsel hereby certify and affirm that they have conferred:

(a)   with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of litigation; and

(b)   to consider the resolution of the litigation through the use of Alternative Resolution Dispute programs, such as those outlined in Local Rule 16.4

The Defendant, Mariette L. Poirier and her counsel, having conferred as to the aforesaid, have filed a Joint Proposed Pre-Trial Schedule which sets out their intentions therein.

Jerold G. Paquette,
Attorney for Mariette Poirier
36 Lawrence Street
Gardner, MA   01440
BBO 388960

CC:   Vincent Pusateri, Esquire
128 Prichard Street
Fitchburg, MA   01420

cc  Atty John Grosso
    1671 Worcester Rd, Suite 205
    Framingham, MA. 01701

Dated: September 15th 2004.