United States District Court
For the District of Massachusetts

Docket 4:04 cv 40016-FDS

Bela F. Balogh, Plaintiff )
)
v. )
Mariette L. Poirier, F/K/A )
Mariette L. Balogh, and )
Massachusetts State )
Carpenters Pension Fund, Defendant )

Consent to Alernative Dispute Resolution ('ADR")

The Defendant, Mariette L. Poirier and her counsel, having conferred hereby certify and affirm she agrees to ADR should the within matter not be disposed of by this Honorable Court in accordance with Rule 12 and/or Rule 56 of the Federal Rules of Civil Procedure.

_____
Jerold G. Paquette
Attorney for Mariette Poirier
36 Lawrence Street
Gardner, MA   01440
BBO 388960

Cc Atty. James F. Grosso
1671 Worcester Road, Suite 205
Framingham, MA  01701:

Vincent Pusateri, Esquire
128 Prichard Street
Fitchburg, MA   01420

Dated: September 20th 2004.