UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BELA F. BALOGH | ) | |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | C.A. NO. 04CV40016-FDS |
| | ) | |
| MARIETTE L. POIRIER, F/K/A | ) | |
| MARIETTE L. BALOGH, and | ) | |
| MASSACHUSETTS STATE | ) | |
| CARPENTERS PENSION FUND | ) | |

STIPULATION OF DISMISSAL
UNDER RULE 41(a)(1)(ii)

The parties stipulate that the action be dismissed with prejudice and without costs, interest or attorney's fees. All rights of appeal are waived.

| | |
|---|---|
| BELA F. BALOGH | MARIETTE L. POIRIER, f/k/a |
| | MARIETTE L. BLOGH |
| By his Attorney | By her Attorney |
| | |
|     /s/ *Vincent Pusateri* |     /s/ *Jerold G. Paquette* |
| Vincent Pusateri– BBO 408120 | Jerold G. Paquette – BBO 388960 |
| Pusateri & Pusateri, P.C. | 36 Lawrence Street |
| 128 Prichard Street | Gardner, MA 01440 |
| Fitchburg, MA 01420 | Tel: 978/632-4894 |
| Tel: 978/342-6081 | Fax: 978/630-2334 |
| Fax: 978/343-0600 | |

                                              MASSACHUSETTS STATE
                                              CARPENTERS PENSION FUND

                                              By its attorney,


                                                  /s/ *James F. Grosso*
                                              James F. Grosso – BBO 213320
                                              O'Reilly, Grosso & Gross, P.C.
                                              1671 Worcester Road, Suite 205
                                              Framingham, MA 01701-5400
                                              Tel:  508/620-0055
November 1, 2004                             Fax:  508/620-7655